# United States Court of Appeals
## For the First Circuit

No. 16-1307

DEBRA TROIANO,

Plaintiff, Appellant,

v.

AETNA LIFE INSURANCE COMPANY and
GENERAL DYNAMICS CORPORATION LONG TERM DISABILITY PLAN,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on December 16, 2016, is amended as follows:

On page 14, line 6, "unreasonable" is replaced with "wrong".